# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| COLUMBIA NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-256 |
| SILVIA A. RIVERA DOMINGUEZ *individually, as the surviving natural parent., et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On February 1, 2019, the parties who have appeared in this case filed their Rule 26(f) report. Doc. 9. However, that same report indicates that certain named defendants have not been served, but intend to waive or acknowledge service "within the coming days." *Id.* at 2. It is unclear from the Rule 26(f) report whether those deadlines contemplate the addition of new parties. Accordingly, all parties who have appeared are directed to appear for a telephonic status conference at 11 A.M. on February 14, 2019 with the undersigned. At that time, the parties should be prepared to discuss any necessary alterations to the proposed deadlines in consideration of the aforementioned defendants. Should all defendants appear or waive service prior to that date, the parties may file an amended

Rule 26(f) report and inform the Court that no further conference is necessary.

**SO ORDERED,** this  1st  day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA