# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| COLUMBIA NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SILVIA A. RIVERA DOMINGUEZ and ANTONIO ROSALES, individually, as the surviving natural parents, and ESTEBAN ROSALES ROMERO, as Administrator of the Estate of MARCO ANTONIO ROSALES RIVERA, deceased; CARS LOADING, LLC., and MUJAHED ODEH,<br><br>Defendants. | Civil Action File No.:<br>4:18-cv-00256-WTM-CLR |

## FIRST AMENDED SCHEDULING ORDER

Having read and considered the parties' Consent Motion to Amend the Scheduling Order, and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Order is amended to allow discovery to be conducted through and including March 31, 2020. Accordingly, it is further ORDERED that all dispositive motions and motions to exclude expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579

(1993) and its progeny shall be filed on or before May 4, 2020. All other deadlines are set out as stated in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED** this 2nd day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA